ROSEN ✧ SABA, LLP
9350 WILSHIRE BOULEVARD, SUITE 250
BEVERLY HILLS, CALIFORNIA 90212

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANDER "ANDY" LODI, an Individual d/b/a AMERICAN MUSCLE, <br><br> Plaintiff, <br><br> vs. <br><br> AMERICAN MUSCLE SPORTS NUTRITION COMPANY, LLC, RUNIT CONSULTING, LLC, and DOES 1-10, inclusive, <br><br> Defendants. | CASE NO. CV-15-02451-PA (AGRx) <br><br> *Honorable Percy Anderson* <br><br> **ORDER GRANTING STIPULATION TO DISMISS ALL PARTIES AND CLAIMS WITH PREJUDICE** |
| SENSATUS, LLC, a Nevada Limited Liability company incorrectly sued as RUNIT CONSULTING, LLC, <br><br> Counterclaimant, <br><br> vs. <br><br> LEANDER "ANDY" LODI, an Individual d/b/a/ AMERICAN MUSCLE, <br><br> Counterdefendant. | |

[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS ALL PARTIES AND CLAIMS WITH PREJUDICE

**ORDER**

Pursuant to the Stipulation to Dismiss all Parties and Claims with Prejudice filed by the Parties,

IT IS HEREBY ORDERED that:

1. Defendant is dismissed with prejudice from this action;

2. Plaintiff is dismissed with prejudice from this action;

3. Each party is to bear its own costs and fees as incurred against one another; and

4. ~~The District Court shall retain jurisdiction over any dispute involved with the enforcement of the Settlement Agreement by and between the Parties and/or any issues related to the resolution of this litigation between the Parties.~~

**IT IS SO ORDERED.**

DATED: September 9, 2016              _____
                                       Honorable Percy Anderson
                                       United States District Court Judge

ROSEN ✧ SABA, LLP
9350 WILSHIRE BOULEVARD, SUITE 250
BEVERLY HILLS, CALIFORNIA 90212